UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**FUNDS SEIZED FROM WELLS FARGO ACCTS. ENDING IN 3693, 1970 2039 AND VENMO/PAY PAL ENDING IN 2280** | **CASE NO.** CV 122-007 |

## WARRANT FOR ARREST OF PERSONAL PROPERTY *IN REM*

TO THE UNITED STATES MARSHAL OF THE SOUTHERN DISTRICT OF GEORGIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

**WHEREAS**, a Verified Complaint for Forfeiture *in Rem* was filed in this Court on November 1, 2021, alleging that the defendants *in rem* in the above-captioned action are subject to seizure and forfeiture to the United States pursuant to the statutory basis alleged therein; and,

**WHEREAS**, the defendants are more particularly identified as:

- Venmo/PayPal Card Holder
  #5143-7724-0632-2280, VL: $1,833.50

- Wells Fargo Bank, N.A.,
  Acct. #1010300971970, VL: $18,585.93

- Wells Fargo Bank, N.A.,
  Acct. #9352683693, VL: $26,467.5

- Wells Fargo Bank, N.A.,
  Acct. #1927582039, VL: $40.00

(Collectively, the "Defendant Property").

- 1 -

**WHEREAS**, said above-referenced defendants are not real property and are alleged to be in the government's possession, custody or control; and,

**WHEREAS**, Rule G(3)(b)(i) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions directs the Clerk of Court to issue a warrant for arrest of Defendant Property if it is in the government's possession, custody, or control; and,

**WHEREAS**, Supplemental Rule G(3)(c)(i) provides that the arrest warrant *in rem* must be delivered to a person or organization authorized to execute it, who may be a marshal or any other United States officer or employee, someone under contract with the United States, or someone specially appointed by the court for that purpose.

**YOU ARE, THEREFORE, HEREBY COMMANDED** to as soon as practicable arrest and seize the defendants described herein and in the Verified Complaint for Forfeiture *in Rem* by serving a copy of this warrant on the custodian in whose possession, custody or control the defendants are presently found, and to use whatever means may be appropriate to protect and maintain them in your custody until further order of this Court.

**YOU ARE FURTHER COMMANDED**, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

**IN WITNESS WHEREOF**, I, Clerk of the United States District Court for the Southern District of Georgia, have caused the foregoing Warrant for Arrest of Personal Property *in Rem* to be issued pursuant to the authority of Supplemental

Rule G(3)(b)(i) and the applicable laws of the United States and have hereunto affixed the seal of said Court.

Dated: January 21 2022.

                        JOHN E. TRIPLETT, CLERK
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA

By: _____
     Deputy Clerk