UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 122-007 |
| ) | |
| FUNDS SEIZED FROM WELLS ) | |
| FARGO ACCTS. ENDING IN 3693, ) | |
| 1970, 2039, AND VENMO/PAY PAL ) | |
| ENDING IN 2280, ) | |
| Defendant. ) | |

## NOTICE OF FORFEITURE

TO:

| | | |
|---|---|---|
| Conway James Rhinehart | Conway James Rhinehart | Conway James Rhinehart |
| 2894 Lake Erie Drive | 3914 Lake Erie Drive | P.O. Box 2003 |
| Hephzibah, GA. 30815 | Hephzibah, GA. 30815 | Hephzibah, GA. 30815 |
| | | |
| Jeffrey Johnston, Esq. | PayPal FBO | Wells Fargo Bank, N.A. |
| Jeffrey E. Johnston, P.C. | 2211 N. 1st Street | Attn: Steve Gilbert |
| 601 North Belair Square, Suite 10 | San Jose, CA. 95131 | P.O. Box 1416 |
| Evans, GA. 30809 | | MAC D1111-01A |
| | | Charlotte, NC. 28201 |

The enclosed Complaint is sent pursuant to Rule G(4)(b), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1. **DATE OF NOTICE:** February 8, 2022

2. **FORFEITURE COMPLAINT:** On January 20, 2022, the United States of America filed a civil complaint (the "Complaint") seeking forfeiture, pursuant to 21 U.S.C. § 881 (a)(6) in the United States District Court for the Southern District of Georgia against the following defendant property:

    a. Venmo/PayPal Card Holder #5143-7724-0632-2280, VL: $1,833.50

    b. Wells Fargo Bank, N.A., Acct. #1010300971970, VL: $18,585.93

    c. Wells Fargo Bank, N.A., Acct. #9352683693, VL: $26,467.50

       d. Wells Fargo Bank, N.A., Acct. #1927582039, VL: $40.00

3. **FILING OF A VERIFIED CLAIM:** Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property **must** file a verified claim within **thirty-five (35)** days of the date of this notice, but **no later than March 15, 2022.**

4. **CONTENTS OF VERIFIED CLAIM:** Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of perjury.

5. **FILING OF AN ANSWER:** If you file a verified claim, you **must** then file an answer to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty (20)** days after filing the verified claim.

6. **FILING WITH THE COURT / SERVICE ON THE UNITED STATES:** The verified claim and answer must be filed with the Office of the Clerk, United States District Court for the Southern District of Georgia to the attention of Case No. CV122-007. The Office of the Clerk is physically located at the United States Courthouse, 600 James Brown Boulevard, Augusta, Georgia 30901 with a mailing address of P.O. Box 1130, Augusta, Georgia 30903-1130. A copy of the claim and any answer or motion must be sent to Xavier A. Cunningham, Assistant United States Attorney, P.O. Box 8970, Savannah, Georgia 31412-8970.

**Failure to follow the requirements set forth above may result in judgment by default for the relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.**

    This 8th day of February 2022.

                          DAVID H. ESTES
                          UNITED STATES ATTORNEY

                          */s/ Xavier A. Cunningham*
                          _____
                          Xavier A. Cunningham
                          Assistant United States Attorney
                          New York Bar Number: 5269477

P.O. Box 8970
Savannah, Georgia 31412-8970
(912) 652-4422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Case No. 122-007 |
| FUNDS SEIZED FROM WELLS FARGO ACCTS. ENDING IN 3693, 1970, 2039, AND VENMO/PAY PAL ENDING IN 2280, | ) ) ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE TO NOTICE OF FORFEITURE

This is to certify that I have on this day served the following individuals via Certified Mail, Return Receipt Requested, at the following addresses:

| | | |
|---|---|---|
| Conway James Rhinehart<br>2894 Lake Erie Drive<br>Hephzibah, GA. 30815 | Conway James Rhinehart<br>3914 Lake Erie Drive<br>Hephzibah, GA. 30815 | Conway James Rhinehart<br>P.O. Box 2003<br>Hephzibah, GA. 30815 |
| Jeffrey Johnston, Esq.<br>Jeffrey E. Johnston, P.C.<br>601 North Belair Square, Suite 10<br>Evans, GA. 30809 | PayPal FBO<br>2211 N. 1st Street<br>San Jose, CA. 95131 | Wells Fargo Bank, N.A.<br>Attn: Steve Gilbert<br>P.O. Box 1416<br>MAC D1111-01A<br>Charlotte, NC. 28201 |

This 8th day of February 2022.

/s/ Xavier A. Cunningham
_____
Xavier A. Cunningham
Assistant United States Attorney
New York Bar Number: 5269477

P.O. Box 8970
Savannah, Georgia 31412-8970
(912) 652-4422