IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CV 122-007 |
| | ) |
| FUNDS SEIZED FROM WELLS FARGO ACCTS. ENDING IN 3693, 1970, 2039 AND VENMO/PAYPAL ENDING IN 2280. | ) ) ) ) ) |
| | ) |
| CONWAY JAMES RHINEHART | ) |
| Claimant | ) ) |

## VERIFIED CLAIM

Pursuant to Rule G(5) of Title XIII, Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, I Conway James Rhinehart, hereby claim and demand the return and/or release of the following seized items in the instant case:

1.

All United States currency identified in paragraph 5 of the VERIFIED COMPLAINT FOR FORFEITURE IN REM, which includes:

- Venmo/PayPal Card Holder #5143-7724-0632-2280, VL: $1,833.50

- Wells Fargo Bank, N.A., Acct. #1010300971970, VL: $18,585.93

- Wells Fargo Bank, N.A., Acct. #9352683693, VL: $26,467.50

- Wells Fargo Bank, N.A., Acct. #1927582039, VL: $40.00

2.

I, James Conway Rhinehart, am the claimant in this case. My interest in the property that was seized is that I lawfully deposited United States currency into the above listed accounts and that said funds were obtained by a variety of legal means. The above listed accounts were in my name and I deposited funds from lawful activities into said accounts and said funds should not be subject to forfeiture.

I hereby verify that the averments contained in the foregoing Claim are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury under the laws of the State of Georgia and the United States of America that the foregoing is true and correct.

This 10th day March, 2022.

Conway James Rhinehart

Sworn to and subscribed before me
this 10th day of March, 2022.

Rebecca L. Seigler
Notary Public
My commission expires: 05/19/2025

**CERTIFICATE OF SERVICE**

      This is to certify that I have on this day served all parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

      This 14th day March, 2022.

                                        /s/Jeffrey Johnston
                                        Jeffrey E. Johnston
                                        Attorney for Defendant
                                        State Bar No. 397157

601 North Belair Square, Suite 10
Evans, GA 30809
706.869-8171
706.496-2689(fax)