IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CV 122-007 |
| FUNDS SEIZED FROM WELLS FARGO ACCTS. ENDING IN 3693, 1970, 2039, AND VENMO/PAY PAL ENDING IN 2280, | * |
| Defendant. | * |

O R D E R

Plaintiff, the United States of America (the "Government"), commenced this action on January 20, 2022. (Doc. 1.) Claimant Conway James Rhinehart answered the complaint on April 5, 2022. (Doc. 8.) The Court has received no filings or status updates from the Parties since Claimant's answer, and this case remains pending. **IT IS HEREBY ORDERED** that the Parties **SHALL FILE** a joint status report or stipulation of dismissal by **MONDAY, FEBRUARY 17, 2025.**

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of January, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA